IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARRELL L. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>SOC/THEFT/AND/ID THEFT,<br><br>    Defendant. | 8:23CV91<br><br>ORDER |

This matter is before the Court on its own motion. On March 13, 2023, the Clerk of the Court sent a Notice, Filing No. 3, and a copy of General Order No. 2022-04, Filing No. 4, to Plaintiff at his last known address and they were returned to this Court as undeliverable. See Filing No. 6. Plaintiff has an obligation to keep the Court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

  IT IS THEREFORE ORDERED that:

  1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

  2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **May 15, 2023**: check for address.

Dated this 14th day of April, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge